

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00318-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

**OSBALDO A. SAENZ SR. AND MARIA ESTELA G. SAENZ TRUST** by and through its
Trustee Esther A. S. Salmon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-89
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal adjudged against appellant, Osbaldo A. Saenz Jr.

SIGNED June 27, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice